UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **DARRYL SWINT,**<br><br>    Petitioner,<br><br>v.<br><br>**STATE OF ALABAMA,**<br>**ATTORNEY GENERAL STATE**<br>**OF ALABAMA**<br><br>    Respondent. | Case No.: 2:25-cv-2006-HDM-GMB |

## ORDER

On January 8, 2026, U.S. Magistrate Judge Gray M. Borden issued a Report and Recommendation in accordance with 28 U.S.C. § 636(b)(1) recommending that the court transfer Mr. Swint's 28 U.S.C. § 2254 petition for a writ of habeas corpus to the Middle District of Alabama. (Doc. 3). No party has objected to the Report and Recommendation.

If a party objects to a portion of a Magistrate Judge's report or proposed findings or recommendations, the district court must review those portions of the report to which the party has specifically objected *de novo*. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3). Unchallenged portions of a Magistrate Judge's report are reviewed for clear error. *Haywood v. Green*, 695 F.Supp.3d 1315, 1318 (N.D. Ala. 2023). The district court may, in its review, "accept, reject, or

modify, in whole or in part," the Magistrate Judge's findings or recommendations. 28 U.S.C. § 636(b)(1)(C).

Having reviewed the proposed findings and recommendations for clear error, the court concludes that the Magistrate Judge's Report and Recommendation, (Doc. 3), should be **ACCEPTED** and hereby **ADOPTS** it as the findings of the court.

The Clerk of Court is **DIRECTED** to **TRANSFER** the case.

**DONE** and **ORDERED** this January 27, 2026.

_____
**HAROLD D. MOOTY III**
UNITED STATES DISTRICT JUDGE